# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**HARDI NORTH AMERICA, INC.,**

    Plaintiff,

v.                                         Case No. 4:18-cv-00083-DMB-JMV

**CHARLES JOSEPH SCHINDLER, II,**
**CHARLOTTE ASHLEY SCHINDLER,**
**SOUTHERN CHEMICAL COMPANY, LLC and**
**SOUTHERN GULF COAST FUEL, LLC**

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

It appearing to the Court that Defendant Charles Joseph Schindler, II's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint is well taken and should be granted,

**THEREFORE ORDERS** that Defendant Charles Joseph Schindler, II's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint is hereby granted, and Defendant Charles Joseph Schindler, II shall have up to and including June 25, 2018, within which to serve her responsive pleading to Plaintiff's Complaint.

**SO ORDERED**, this the 19th day of June, 2018.

                                                      _Jane M. Virden_
                                                    U.S. MAGISTRATE JUDGE