IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**HARDI NORTH AMERICA, INC.**                                                    **PLAINTIFF**

vs.                                                   Civil Action No.4:18cv-00083-DMB-JMV

**CHARLES JOSEPH SCHINDLER II**
**a/k/a CHARLES SCHINDLER;**
**CHARLOTTE ASHLEY SCHINDLER, a/k/a**
**CHARLOTTE FLEMMONS, a/k/a ASHLEY ROBERTSON;**
**DELTA SOUTHERN CHEMICAL COMPANY, LLC; and**
**SOUTHERN GULF COAST FUEL, LLC**                     **DEFENDANTS**

### AGREED ORDER GRANTING ADDITIONAL TIME TO ANSWER OR OTHERWISE RESPOND TO CHARLOTTE ASHLEY SCHINDLER'S CROSS-CLAIM AGAINST DEFENDANT CHARLES SCHINDLER

CAME ON BEFORE THE COURT on motion *ore tenus* of counsel for Charles Joseph Schindler, II, a Defendant in this Cause, for an additional period of time within which to answer or otherwise respond to Defendant Charlotte Ashley Schindler's Cross-Claim; and the Court, finding that Charles Joseph Schindler, II has employed Glenn H. Williams to represent him individually and separately from the other Defendants in this Cause and that the attorney for Charlotte Ashley Schindler has no opposition to this enlargement of time as requested;

IT IS, THEREFORE, ORDERED that Charles Joseph Schindler, II shall be granted until August 6, 2018 within which to file an answer or otherwise respond to the Cross-Claim filed in the above styled and numbered cause filed by Defendant, Charlottte Ashley Schindler.

SO ORDERED this 20th day of July, 2018.

_____
HONORABLE JANE M. VIRDEN,
UNITED STATES MAGISTRATE JUDGE

APPROVED AND AGREED:

*/s/ Ross E. Webster*
ROSS E. WEBSTER, ESQ., MSB #101957
Attorney for Defendant, Charlotte Ashley Schindler

*/s/ Glenn H. Williams*
GLENN H. WILLIAMS, ESQ., MSB #7236
Attorney for Defendant, Charles Joseph Schindler, II