# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

**HARDI NORTH AMERICA, INC.**                              **PLAINTIFF**

vs.                                    **CIVIL ACTION NO. 4:18-cv-083-DMB-JMV**

**CHARLES JOSEPH SCHINDLER II a/k/a
CHARLES SCHINDLER;
CHARLOTTE ASHLEY SCHINDLER, a/k/a
CHARLOTTE FLEMMONS, a/k/a ASHLEY ROBERTSON;
DELTA SOUTHERN CHEMICAL COMPANY, LLC; and
SOUTHERN GULF COAST FUEL, LLC**                 **DEFENDANTS**

## ORDER

This matter is before the court on the *ore tenus* motion of Delta Southern Chemical Company, LLC and Charles Schindler, II for an Extension of Time to Supplement Core Disclosures. The court, having considered the motion, finds that it is well taken and should be granted.

IT IS THEREFORE ORDERED, movants shall have until Friday, August 24, 2018 to supplement their core disclosures.

SO ORDERED, this the 22nd day of August, 2018.

                                            /s/ Jane M. Virden
                                            UNITED STATES MAGISTRATE JUDGE