# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**HARDI NORTH AMERICA, INC.,**

    Plaintiff,

v.                                                      Case No. 4:18-cv-00083-DMB-JMV

**CHARLES JOSEPH SCHINDLER, II,**
**CHARLOTTE ASHLEY SCHINDLER,**
**SOUTHERN CHEMICAL COMPANY, LLC and**
**SOUTHERN GULF COAST FUEL, LLC**

    Defendants.

## CONSENT ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT CHARLETTE ASHLEY SCHINDLER TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

On September 26, 2018, Defendant Charlette Ashley Schindler filed her Motion to Hold in Abeyance Consideration of Plaintiff's Motion for Summary Judgment or, Alternatively, to Extend Time to Respond to Plaintiff's Summary Judgment Motion (DE 64).

On September 28, 2018, Plaintiff filed its Response to her Motion to Hold in Abeyance Consideration of Plaintiff's Motion for Summary Judgment or, Alternatively, to Extend Time to Respond to Plaintiff's Summary Judgment Motion (DE 66).

While Plaintiff opposes Mrs. Schindler's Motion to Hold in Abeyance Consideration of Plaintiff's Motion for Summary Judgment, Plaintiff and Defendant Ashley Schindler have reached an agreement that, in the event the Court denies the primary relief sought in her motion and does not hold in abeyance its consideration of Plaintiff's Motion for Summary Judgment,

1

Defendant Ashley Schindler shall have five (5) business days from the date the order is entered denying her motion to file her response to Plaintiff's Motion for Summary Judgment

**IT IS THEREFORE ORDERED** that Defendant Charlette Ashley Schindler is excused from filing a response to Plaintiff's Motion for Summary Judgment at this time. In the event the Court denies Mrs. Schindler's Motion to Hold in Abeyance Consideration of Plaintiff's Motion for Summary Judgment, Defendant Charlette Ashley Schindler shall have five (5) business days to respond to Plaintiff's Motion for Summary Judgment.

SO ORDERED AND ADJUDGED, this the 3rd of October, 2018.

/s/ Jane M. Virden
THE HONORABLE JANE M. VIRDEN,
MAGISTRATE JUDGE OF THE U.S. DISTRICT
COURT, NORTHERN DISTRICT OF
MISSISSIPPI

AGREED:

**GLANKLER BROWN, PLLC**

/s/Ross E. Webster
Ross E. Webster (MS 101957)
6000 Poplar Avenue, Suite 400
Memphis, Tennessee 38119
Telephone: (901) 525-1322
Fax: (901) 525-2389
rwebster@glankler.com
*Attorney for Ashley Schindler*

**BUTLER SNOW, LLP**

/s/Robert M. Frey with permission
Robert M. Frey (MS 5531)
La'Toyia J. Slay (MS 104804)
200 Renaissance at Colony Park, Suite 1400
1020 Highland Colony Parkway 39157
Post Office Box 6010

2
4846-5176-5110, v. 1

Ridgeland, MS 39158-4500
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing was sent via U.S. Mail, postage paid to the following parties on this the 2nd day of October 2018:

John Cox
116 S Court St
Cleveland, MS 38732
*Attorney for Delta Southern Chemical Company, LLC*

Glenn H. Williams
201 N. Pearman Avenue
Cleveland, MS 38732
*Attorney for Charles Joseph Schindler*

                                                                      /s/Ross E. Webster