IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**HARDI NORTH AMERICA, INC.**
**PLAINTIFF**

vs.                               CIVIL ACTION NO. 4:18-cv-083-JMV

**CHARLES JOSEPH SCHINDLER II**
**a/k/a CHARLES SCHINDLER;**
**CHARLOTTE ASHLEY SCHINDLER, a/k/a**
**CHARLOTTE FLEMMONS, a/k/a ASHLEY ROBERTSON;**
**DELTA SOUTHERN CHEMICAL COMPANY, LLC; and**
**SOUTHERN GULF COAST FUEL, LLC**
**DEFENDANTS**

## ORDER VACATING ORDER [119]

The Order [119] granting [112] Motion for Partial Summary Judgement and Partial Final Judgement is hereby VACATED. A further order will be entered in its stead.

**SO ORDERED**, this the 12th day of March, 2019.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**