IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**HARDI NORTH AMERICA, INC.**                                        **PLAINTIFF**

vs.                                             **CIVIL ACTION NO. 4:18-cv-083-JMV**

**CHARLES JOSEPH SCHINDLER II**
a/k/a **CHARLES SCHINDLER**;
**CHARLOTTE ASHLEY SCHINDLER, a/k/a**
**CHARLOTTE FLEMMONS, a/k/a ASHLEY ROBERTSON**;
**DELTA SOUTHERN CHEMICAL COMPANY, LLC; and**
**SOUTHERN GULF COAST FUEL, LLC**                 **DEFENDANTS**

## ORDER CONTINUING TRIAL

This matter is before the court upon the oral motion of the parties to continue the trial date in this matter. The court, having considered the motion, finds that it is well taken and is hereby GRANTED. The trial date will be reset, if necessary, following November's status conference.

**SO ORDERED** this, Tuesday, July 30, 2019.

                                            /s/ Jane M. Virden
                                            UNITED STATES MAGISTRATE JUDGE